## McMinn, Appellant, *v.* Dunn.

Argued April 12, 1967. *E. Y. Calvin*, for appellant; *Peter O. Steege*, with him *Evans, Hood and Steege*, for appellee.

Order affirmed.

## Mattesi *v.* Mattesi, Appellant.

■■■■ Argued April 11, 1967. *George E. Loebig*, for appellant; *Ruth F. Cooper*, with her *Dane Critchfield*, for appellee.

PER CURIAM: Order affirmed. Having made an independent study of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

## Minardi et al., Appellants, *v.* Smith.

■■■■ Argued April 11, 1967. *Austin J. Murphy*, with him *Murphy and France*, for appellants; *Samuel L. Rodgers*, with him *Rodgers and Roney*, for appellee.

Order affirmed.